IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2014 DEC 22  PM 3: 23
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
        DEPUTY

| | | |
|---|---|---|
| KIMBERLY DOE, SARAH DOE, RAQUEL DOE, ANNA ROE, EMILY ROE, BETH ROE, CONSTANCE ROE, AND GEORGINA ROE, | § § § § § | |
| PLAINTIFFS, | § § | |
| V. | § § | A-12-CV-605 LY |
| CORRECTIONS CORPORATION OF AMERICA (CCA); EVELYN HERNANDEZ, FORMER CCA FACILITY ADMINISTRATOR; AND DONALD DUNN; | § § § § § § | |
| DEFENDANTS. | § | |

## ORDER

Before the court is CCA Defendants' Motion to Seal Exhibits to Reply in Support of Motion to Preclude and Objection to Plaintiffs' Pseudonym Use filed December 19, 2014 (Doc. #60). The motion fails to include a Certificate of Conference complying with and containing the information required by Local Rule CV-7(I). *See* W.D. Tex. Loc. R. CV-7(I). The motion is, therefore, **DISMISSED**.

SIGNED this _____ day of December, 2014.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE