FILED

2015 JAN -5  AM 9: 47

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY _____
                    DEPUTY

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| KIMBERLY DOE, SARAH DOE, RAQUEL DOE, ANNA ROE, EMILY ROE, BETH ROE, CONSTANCE ROE, AND GEORGINA ROE,<br><br>         Plaintiffs,<br><br>v.<br><br>CORRECTIONS CORPORATION OF AMERICA (CCA); EVELYN HERNANDEZ, former CCA facility administrator; and DONALD DUNN,<br><br>         Defendants. | Cause No. A-12-CV-605 LY |

*Unopposed Amended*

## ORDER REGARDING PLAINTIFFS' MOTION TO SEAL EXHIBITS TO THEIR RESPONSE TO CCA DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

On this day came to be considered Plaintiffs' Motion to Seal Exhibits to their Response to CCA Defendants' Motion for Summary Judgment (the "Motion").  Having reviewed the Motion, the Court concludes that it is meritorious and should be granted.

Accordingly, it is ORDERED, ADJUDGED and DECREED that Plaintiffs are granted leave to file the exhibits to their Response to CCA Defendants' Motion for Summary Judgment under seal.

DONE this _5th_ day of ___January___, _2015_.

_____
UNITED STATES DISTRICT JUDGE