IN THE UNITED STATES DISTRICT FOR
THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| KIMBERLY DOE, SARAH DOE, RAQUEL DOE, ANNA ROE, EMILY ROE, BETH ROE, CONSTANCE ROE, AND GEORGINA ROE, | § § § § § | |
| Plaintiffs, | § § | |
| vs. | § § | Civil Action No. A-12-CV-605 LY |
| CORRECTIONS CORPORATION OF AMERICA (CCA); EVELYN HERNANDEZ, former CCA facility administrator; and DONALD DUNN, | § § § § § | |
| Defendants. | § § | |

**STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT DONALD DUNN**

Plaintiff and Defendants file this stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. Plaintiffs are Kimberley Doe, Sarah Doe, Raquel Doe, Anna Roe, Emily Roe, Beth Roe, Constance Roe and Georgina Roe; Defendants are Corrections Corporation of America (CCA), Evelyn Hernandez, former CCA facility administrator; and Donald Dunn.

2. On October 19, 2011, Plaintiffs sued Defendant Donald Dunn.

3. Plaintiff moves to dismiss the suit.

1

4. Defendants, who have served Answers, agree to the dismissal.

5. This is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

6. A receiver has not been appointed in this case.

7. This case is not governed by any federal statute that requires a court order for dismissal of the case.

8. Plaintiffs have not previously dismissed any federal or state court suit based on or including the same claims against Defendant Dunn as those presented in this case.

9. Only Defendant Donald Dunn is dismissed from this claim.

10. This dismissal is with prejudice.

Respectfully submitted,

/s/ Laurie M. Higginbotham
**Laurie M. Higginbotham**
Texas State Bar No. 50511759
lhigginbotham@nationaltriallaw.com
**William O. Whitehurst**
Texas State Bar No. 00000061
bwhitehurst@nationaltriallaw.com
**Jamal K. Alsaffar**
State Bar No. 2402719
jalsaffar@nationaltriallaw.com
**Koby Kirkland**
State Bar No. 24086587
kkirkland@nationaltriallaw.com

**Whitehurst, Harkness, Brees, Cheng,
 Alsaffar & Higginbotham, PLLC**
7500 Rialto Blvd., Bldg., Two, Suite 250
Austin, Texas 78735
Tel: (512) 476-4346
ax: (512) 476-4400

**Mark Whitburn**
Texas State Bar Number: 24042144
**Whitburn & Pevsner, PLLC**
2000 E. Lamar Blvd., Ste. 600
Arlington, Texas 76006
Tel: (817) 592-3488
Fax: (817) 519-2098
mwhitburn@whitburnpevsner.com

**ATTORNEYS FOR PLAINTIFFS**


/s/ Allison Bowers
**Allison Bowers**
**Shannon Hutcheson**
Hutcheson Bowers LLP
1301 S. Mopac, Suite. 430
Austin, Texas 78746
allison@hutchesonbowers.com
shannon@hutchesonbowers.com

**ATTORNEYS FOR DEFENDANT DUNN**


/s/ Daniel P. Struck**
**Daniel P. Stuck**
**Tara Zoellner**
**Christina Retts**
Struck Wieneke & Love, P.L.C.
3100 West Ray Road, Ste. 300
Chandler, Arizona 85226
Tel: (480) 420-1600
Fax: (480) 420-1696
dstruck@swlfirm.com
tzoellner@swlfirm.com
cretts@swlfirm.com

**Jay W. Brown**
**Andrew Shumacher**
**Andrew Edelman**
Winstead, P.C.
1100 JP Morgan Chase Tower
600 Travis Street
Houston, Texas 77002

Tel: (713) 650-2706
Fax: (713) 650-2400
jbrown@winstead.com
ashumacher@winstead.com
aedelman@winstead.com

**ATTORNEYS FOR DEFENDANTS
CCA AND EVELYN HERNANDEZ**

\*\* Attorney Daniel Struck for Defendants Corrections Corporation of America (CCA) and Evelyn Hernandez consents to this stipulation of dismissal with prejudice only if Defendant's Unopposed Motion to Designate Responsible Third Party by Corrections Corporation of America (CCA), Evelyn Hernandez (Document 104) is granted.

## CERTIFICATE OF SERVICE

I certify that on May 12, 2017, the foregoing document was served on the following counsel of record below, via the Court's CM/ECF notice system.

Allison Bowers – allison@hutchesonbowers.com
Shannon Hutcheson – shannon@hutchesonbowers.com
Hutcheson Bowers LLP
1301 S. Mopac, Suite. 430
Austin, Texas 78746

Tara Zoellner – tzoellner@swlfirm.com
Daniel P. Stuck – dstruck@swlfirm.com
Christina Retts – cretts@swlfirm.com
Struck Wieneke & Love, P.L.C.
3100 West Ray Road, Ste. 300
Chandler, Arizona 85226
Tel: (480) 420-1600
Fax: (480) 420-1696

Jay W. Brown – jbrown@winstead.com
Andrew Shumacher – ashumacher@winstead.com
Andrew Edelman – aedelman@winstead.com
Winstead, P.C.
1100 JP Morgan Chase Tower
600 Travis Street

Houston, Texas 77002
Tel: (713) 650-2706
Fax: (713) 650-2400

<u>/s/ Laurie M. Higginbotham</u>
Laurie M. Higginbotham