IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| KIMBERLY DOE, SARAH DOE, RAQUEL DOE, ANNA ROE, EMILY ROE, BETH ROE, CONSTANCE ROE, AND GEORGINA ROE, § § § § | | |
| PLAINTIFFS, § § | | |
| V. § | 1:12-CV-605-LY | |
| § | | |
| CORRECTIONS CORPORATION OF AMERICA (CCA) AND EVELYN HERNANDEZ, FORMER CCA FACILITY ADMINISTRATOR, § § § § | | |
| DEFENDANTS. § | | |

## ORDER

Before the court is the above entitled cause of action. On May 12, 2017, Plaintiffs filed Plaintiffs' Notice of Dismissal with Prejudice of Defendant Donald Dunn (Doc. #118). Plaintiffs dismisses all claims against Defendant Donald Dunn with prejudice. Accordingly,

**IT IS ORDERED** that the style in the case remaining before this court be modified as noted in the style utilized in this order. The clerk and the parties in this case are **FURTHER ORDERED** use the above-referenced style for all future pleadings in this case.

SIGNED this _15th_ day of May, 2017.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE