IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| KIMBERLY DOE, SARAH DOE, RAQUEL DOE, ANNA ROE, EMILY ROE, BETH ROE, CONSTANCE ROE, AND GEORGINA ROE,<br>PLAINTIFFS,<br><br>V.<br><br>CORRECTIONS CORPORATION OF AMERICA (CCA) AND EVELYN HERNANDEZ, FORMER CCA FACILITY ADMINISTRATOR<br>DEFENDANTS. | § § § § § § § § § § § § § § | A-12-CV-605 LY |

# FINAL JUDGMENT

Before the court is the above entitled cause of action. On May 12, 2017, Plaintiff filed a Notice of Dismissal with Prejudice of Defendant Donald Dunn (Doc. #118). On this same date, the court rendered an order approving the remaining parties' stipulation to dismiss with prejudice, dismissing all claims against all remaining Defendants with prejudice. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case hereby **CLOSED**.

SIGNED this _14th_ day of August, 2017.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE